

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.                                   CRIMINAL NO. 2:19-00189

                                     21 U.S.C. § 841(a)(1)

STEPHANIE BARNETT


**I N F O R M A T I O N**
**(Possession with Intent to Distribute**
**50 Grams or More of Methamphetamine)**

The United States Attorney Charges:

On February 6, 2019, at or near Cross Lanes, Kanawha County, West Virginia, within the Southern District of West Virginia, defendant STEPHANIE BARNETT knowingly and intentionally possessed with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

UNITED STATES OF AMERICA

MICHAEL B. STUART
United States Attorney

By: _____
L. ALEXANDER HAMNER
Assistant United States Attorney